UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 28781
    DEVONA L GILMORE WATSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7490


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/04/2004 and was confirmed 10/06/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 06/20/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRSTAR BANK | CURRENT MORTG | .00 | .00 | .00 |
| GENERAL MOTORS ACCEPTANC | SECURED | 6336.43 | 596.90 | 6336.43 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3808.61 | .00 | 380.86 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOCI | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NATIONAL AS | UNSECURED | NOT FILED | .00 | .00 |
| CROSSING POINTE | UNSECURED | NOT FILED | .00 | .00 |
| DRAPER & KRAMER | UNSECURED | NOT FILED | .00 | .00 |
| EVANS INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST USA | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRSTAR BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 11978.55 | .00 | 1197.86 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | UNSECURED | 26267.75 | .00 | 2626.78 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | NOTICE ONLY | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| NETNET | NOTICE ONLY | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | NOTICE ONLY | NOT FILED | .00 | .00 |
| SCHOTTEN | UNSECURED | NOT FILED | .00 | .00 |
| SEARS ROEBUCK & CO | UNSECURED | NOT FILED | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 1,750.00 | | 1,750.00 |
| TOM VAUGHN | TRUSTEE | | | 795.96 |
| DEBTOR REFUND | REFUND | | | 115.21 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 28781 DEVONA L GILMORE WATSON

```
                            RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     13,800.00

PRIORITY                                              .00
SECURED                                          6,336.43
     INTEREST                                      596.90
UNSECURED                                        4,205.50
ADMINISTRATIVE                                   1,750.00
TRUSTEE COMPENSATION                               795.96
DEBTOR REFUND                                      115.21
                            ---------------   ---------------
TOTALS                      13,800.00            13,800.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 09/25/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE